IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE L. REVIS,

      Plaintiff,                            No. 2:12-cv-2751 EFB P

      vs.

DALE SYERSON, et al.,

      Defendants.                  <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests leave to proceed in forma pauperis.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit a properly completed affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has submitted his trust account statement, but has not filed an affidavit using the form application for this district.  Accordingly, plaintiff's in forma pauperis application is denied without prejudice to filing the application on the proper form.

////

////

////

1

1       The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
2 Forma Pauperis By a Prisoner.  Plaintiff shall submit, within thirty days from the date of this
3 order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with
4 this order may result in this action being dismissed without prejudice.
5       So ordered.
6 DATED:  November 8, 2012.

                       EDMUND F. BRENNAN
                       UNITED STATES MAGISTRATE JUDGE